# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1213

_____

Anthony R. West,
      Appellant,

v.

T. C. Outlaw, Warden,
FCI - Forrest City,

      Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: July 6, 2010
Filed: July 9, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Anthony Ray West appeals the district court's[1] dismissal without prejudice of his 28 U.S.C. § 2241 petition. Having carefully reviewed the record and considered West's arguments, we conclude that dismissal was proper for the reasons stated by the

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

district court, and that the arguments raised on appeal provide no basis for reversal. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____